**SO ORDERED.**

**SIGNED this 01st day of July, 2011.**



_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

In Re: | Chapter 13
ALBERT CARMONA, JR & ISABELLE T. CARMONA

Debtor(s) | Case No. 09-52943 C

**ORDER ON TRUSTEE'S OBJECTION TO CLAIM OF**
**BEST BUY/HRS USA**
**Court Claim Number: 10-1**

On this day, came onto be considered the Trustee's Objection Claim of **BEST BUY/HRS USA** and no response having been filed, the Court finds notice was proper and the Objection is sustained.

**IT IS THEREFORE ORDERED**, that the Trustee's Objection to the Claim of **BEST BUY/HRS USA** in the amount of **$1,722.39**, filed on **December 04, 2009**, is granted.

FURTHER, the Court finds the claim ALLOWED as a general unsecured claim in the amount of $1,722.39 pursuant to the Plan

Creditor Name & Address:
BEST BUY/HRS USA
3936 E FT LOWELL RD #200
C/O BASS & ASSOC
TUCSON,AZ 85712-1083

###