# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 09−52943−lmc
Chapter No.: 13
Judge: Leif M. Clark

IN RE: **Albert Carmona and Isabelle T. Carmona**
, Debtor(s)

## NOTICE OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

To **HSBC Bank Nevada, N.A.**, Transferor:

You are hereby notified that a Notice of Assignment/Transfer of Claim was filed in the above entitled bankruptcy case purporting to transfer to **Capital One, N.A. ,** Transferee, a claim previously filed by you.

Pursuant to Bankruptcy Rule 3001(e) any objection to the assignment/transfer must be filed within twenty−one (21) days of the date of this notice. If no timely objection is filed, the assignment/transfer will be deemed allowed. A timely filed objection is necessary for a hearing to be held.

Dated: 7/3/12

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

BY: Rachel C. Hernandez , Deputy Clerk

[Notice Assignment/Transfer of Claim(BK)] [NtcAsgnTrfClmBKintp]

United States Bankruptcy Court
Western District of Texas

In re:  
Albert Carmona  
Isabelle T. Carmona  
    Debtors

Case No. 09-52943-lmc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0542-5      User: hernandez      Page 1 of 2      Date Rcvd: Jul 03, 2012  
                             Form ID: 509         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2012.  
db/db      +Albert Carmona, Jr.,    Isabelle T. Carmona,    10426 Green Candle,    San Antonio, TX 78223-4310  
           +HSBC Bank Nevada N.A.,    Bass & Associates PC,    3936 E. Ft. Lowell, Suite 200,  
           Tucson, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 05, 2012**                      **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0542-5          User: hernandez         Page 2 of 2                    Date Rcvd: Jul 03, 2012
                              Form ID: 509            Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2012 at the address(es) listed below:
              Angela K. Randermann    on behalf of Creditor   BAC Home Loans Servicing, LP
               angela.randermann@tx.cslegal.com,  bkdept@tx.cslegal.com
              Donald P. Stecker    on behalf of Creditor   Bexar County don.stecker@lgbs.com
              Mary A. Daffin    on behalf of Creditor   BAC Home Loans Servicing, LP wdecf@BDFGROUP.com
              Mary K Viegelahn    documents@sach13.com
              Patti H. Bass    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
              Paul K. Kim    on behalf of Creditor   Chase Home Finance LLC wdecf@BDFGROUP.com
              Ruben E. Vasquez    on behalf of Debtor Albert Carmona TheVasquezLawFirm@gmail.com,
               rubenevasquez@gmail.com;thevasquezlawfirmnotices@gmail.com
              United States Trustee - SA12    USTPRegion07.SN.ECF@usdoj.gov
                                                                                             TOTAL: 8
```